**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ACCOUNTING & INCOME TAX
SOLUTIONS, LLC and DEBORAH
HICKS,

    Plaintiffs,

v.                                            Case No: 8:12-cv-2740-T-30AEP

CITY OF BRADENTON, BRADENTON
POLICE DEPARTMENT, WILLIAM
TOKAJER, BRIAN THIERS, JAY GOW,
ROBERT LAMENSA, CYNTHIA N.
SASS, P.A., CYNTHIA SASS and
KENDRA PRESSWOOD,

    Defendants.
_____

ORDER

    The Court has been advised via a Mediator's Notice of Partial Settlement (Dkt. #54) that the above-styled action has been settled as to Defendants CITY OF BRADENTON, BRADENTON POLICE DEPARTMENT, WILLIAM TOKAJER, BRIAN THIERS and JAY GOW only.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendants CITY OF BRADENTON, BRADENTON POLICE DEPARTMENT, WILLIAM TOKAJER, BRIAN THIERS and JAY GOW only, and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any

party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendants CITY OF BRADENTON, BRADENTON POLICE DEPARTMENT, WILLIAM TOKAJER, BRIAN THIERS and JAY GOW.

The Defendants' pending Motions to Dismiss (Dkts. #31, #33, #35) are terminated as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of March, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\12-cv-2740 partial dismiss 54.docx