**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ACCOUNTING & INCOME TAX
SOLUTIONS, LLC, et al.,

    Plaintiffs,

v.                                                  Case No: 8:12-cv-2740-T-30AEP

ROBERT LAMENSA, et al.,

    Defendants.

_____

**ORDER**

The Court has been advised via a Mediation Report (Dkt. #67) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of July, 2013.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                       F:\Docs\2012\12-cv-2740 dismiss 67.docx